UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADREIAN MICHAEL JAMISON, | ) | CASE NO. CV 08-7523-PA (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| BEN CURRY, ET AL., | ) | |
| Respondents. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  June 30, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA09CV07523PA-J.wpd